00–2004.  **Haynes v. Franklin.**
Warren App. No. CA2000–03–025. Discretionary appeal allowed and cause consolidated with 00–2141, *Haynes v. Franklin,* Warren App. No. CA2000–03–025.
  MOYER, C.J., would allow on Propositions of Law Nos. I and II.

## MISCELLANEOUS DISMISSALS

00–2046.  **Procter & Gamble Co. v. Stoneham.**
Hamilton App. No. C–990859. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,
  IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
  ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.